**Ex. A**

UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

| | |
|---|---|
| KYLEE HOPPER, individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>McMURRY UNIVERSITY<br><br>*Defendant*. | §§§§§§§§§§§  Case No. _____ |

## INDEX OF MATTERS BEING FILED

As required under Local Rule 81.1, the following is a list of documents being filed with the Notice of Removal in this action:

| Exhibit No. | Document |
|---|---|
| A | Index of documents being filed |
| B | Case information (docket) sheet in the state court action |
| C | Each document filed in the state court action, except discovery material |
| 1 | Plaintiff's Original Class Action Petition |
| 2 | Request for Issuance (of Citation) |
| 3 | Citation |
| 4 | Affidavit of Service |
| D | Certificate of Interested Person/Disclosure Statement – LR 3.1 |
| | Notice of Related Case – LR 3.3 |
| | Civil Cover Sheet |
| | Supplemental Civil Cover Sheet |

75536460\1