2/18/25, 10:59 AM  publicaccess.taylorcountytexas.org/PublicAccess/CaseDetail.aspx?CaseID=17277745

Case 1:25-cv-00031-H   Document 1-2   Filed 02/18/25   Page 1 of 1   PageID 6

Skip to Main Content Logout My Account Search Menu New Civil Search Refine Search Back      Location : All Courts     Images Help

# REGISTER OF ACTIONS
## CASE NO. 13479-D

Ex. B

| | | |
|---|---|---|
| Kylee Hopper, On Behalf of Herself and all Others Similarly Situated vs. McMurry University | § § § § § | Case Type: **All Other Civil Cases**<br>Date Filed: **12/31/2024**<br>Location: **350th District Court** |

---

#### PARTY INFORMATION

| | | Lead Attorneys |
|---|---|---|
| **Defendant** | **McMurry University**<br>c/o Lisa L. Williams<br>1400 Sayles Blvd<br>Abilene, TX 79697 | |
| **Plaintiff** | **Hopper, Kylee**<br>c/o Roger L. Mandel<br>2833 Crockett Street, Suite 135<br>Fort Worth, TX 76107 | **Roger L Mandel**<br>*Retained*<br>214-661-8884(W) |

---

#### EVENTS & ORDERS OF THE COURT

**OTHER EVENTS AND HEARINGS**

| | |
|---|---|
| 12/31/2024 | **Request For Issuance** |
| 12/31/2024 | **Original Petition** |
| 01/02/2025 | **Citation**<br>  *McMurry/Envelope # 95776118* |
| 01/02/2025 | **Citation** |
| |    McMurry University     Served     02/10/2025 |
| |                              Returned    02/13/2025 |
| 02/13/2025 | **Affidavit of Service**<br>  *McMurry* |

---

#### FINANCIAL INFORMATION

| | | |
|---|---|---:|
| **Plaintiff** Hopper, Kylee | | |
| Total Financial Assessment | | 368.00 |
| Total Payments and Credits | | 368.00 |
| **Balance Due as of 02/18/2025** | | **0.00** |
| 01/02/2025 | Transaction Assessment | 368.00 |
| 01/02/2025 | E-File Payment    Receipt # DC-369648    Hopper, Kylee | (231.00) |
| 01/02/2025 | State Credit | (137.00) |