Filed 12/31/2024 5:23 PM
Accepted: 1/2/2025 8:42 AM
Tammy Robinson
District Clerk
Taylor County, Texas
Monica Mendoza

# Request for Issuance Form

Date: __12/31/24__   Payment: __paid__

Cause Number: __13479-D__
Taylor County - 350th District Court

Style of Case: Kylee Hopper, on behalf of herself and all others similary situated v. McMurry University

PLEASE ISSUE:

__X__ Citation (Personal Service)

_____ Citation by Certified Mail

_____ Citation and Temporary Restraining Order

_____ Citation and Notice of Hearing

_____ Notice of Hearing

_____ Notice of Hearing for Protective Order

_____ Writ of Habeas Corpus/Attachment

_____ Citation by Posting /Publication (specify)

_____ Notice of Expunction

_____ Abstract of Judgment     _____ Execution (circle) 30, 60, 90 days

_____ Other

Indicate what to serve with Issuance

Plaintiff's Original Class Action Petition

_____

Indicate who to serve with Issuance

Lisa L. Williams, McMurry University
_____
1400 Sayles Blvd, Abilen, TX 79697

Send to Issuance to:

_____ Sheriff of Taylor County
_____ Constable of Taylor County
_____ Certified Mail Service
_____ Return to Attorney
         Name of Attorney: __Roger L. Mandel__
__X__ Private Process Server
         Name of Server: __CJ Investigations and Security, LLC - Will pick up__
_____ Other Please Specify

/s/Roger L. Mandel
_____
Signature of Attorney or Person Requesting Issuance

Copy from re:SearchTX

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Roger Mandel on behalf of Roger L. Mandel
Bar No. 12891750
rmandel@jeevesmandellawgroup.com
Envelope ID: 95764506
Filing Code Description: Letter
Filing Description: RequestforIssuanceHooper v McMurry
Status as of 1/2/2025 8:44 AM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
| --- | --- | --- | --- | --- |
| Kay Hill | | khill@jeeveslawgroup.com | 12/31/2024 5:23:45 PM | SENT |
| Roger Mandel | | rmandel@jeevesmandellawgroup.com | 12/31/2024 5:23:45 PM | SENT |

Copy from re:SearchTX