Filed 2/13/2025 5:54 AM
Accepted 2/13/2025 9:48 AM
Tammy Robinson
District Clerk
Taylor County, Texas
Monica Mendoza

Ex. 4

## CAUSE NO. 13479-D

| | | |
|---|---|---|
| KYLEE HOPPER, on behalf of herself and all others similarly situated § § § | | IN THE COURT OF |
| Plaintiff, § | | |
| VS. § § | | 350TH JUDICIAL DISTRICT |
| MCMURRY UNIVERSITY § | | |
| Defendant. § | | TAYLOR COUNTY, TEXAS |

## AFFIDAVIT OF SERVICE

On this day personally appeared **CRISTYN ADKISSON** who, being by me duly sworn, deposed and said:

"The following came to hand on **Jan 7, 2025, 5:57 pm**,

**CITATION WITH PLAINTIFF'S ORIGINAL CLASS ACTION PETITION,**

and was executed at **1400 SAYLES BOULEVARD, ABILENE, TX 79605** within the county of **TAYLOR** at **12:33 AM** on **Mon, Feb 10 2025**, by delivering a true copy of the CITATION WITH PLAINTIFF'S ORIGINAL CLASS ACTION PETITION, to the within named

**MCMURRY UNIVERSITY C/O Terry Cass Interim CFO,**

in person, having first endorsed the date of delivery on same.

I am a person over eighteen (18) years of age and I am competent to make this affidavit. I am a resident of the State of Texas. I am familiar with the Texas Rules of Civil Procedure as they apply to service of Process. I am not a party to this suit nor related or affiliated with any herein, and have no interest in the outcome of the suit. I have never been convicted of a felony or of a misdemeanor involving moral turpitude. I have personal knowledge of the facts stated herein and they are true and correct."

_____
CRISTYN ADKISSON
Certification Number: PSC#22996
Certification Expiration: 12/31/2025

BEFORE ME, a Notary Public, on this day personally appeared **CRISTYN ADKISSON**, known to me to be the person whose name is subscribed to the foregoing document and, being by me first duly sworn, declared that the statements therein contained are within his or her personal knowledge and are true and correct.

SUBSCRIBED AND SWORN TO ME ON   2/11/2025

_____
Notary Public, State of Texas

JERRETT W JOSLIN
Notary ID #131208539
My Commission Expires
July 23, 2025

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Roger Mandel on behalf of Roger L. Mandel
Bar No. 12891750
rmandel@jeevesmandellawgroup.com
Envelope ID: 97324559
Filing Code Description: Affidavit Of Service
Filing Description: McMurry
Status as of 2/13/2025 9:49 AM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
| --- | --- | --- | --- | --- |
| Kay Hill | | khill@jeeveslawgroup.com | 2/13/2025 5:54:30 AM | SENT |
| Roger Mandel | | rmandel@jeevesmandellawgroup.com | 2/13/2025 5:54:30 AM | SENT |