UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

| | |
|---|---|
| KYLEE HOPPER, individually and on behalf of all others similarly situated, § § § | |
| *Plaintiff*, § § | Case No. _____ |
| v. § § | |
| McMURRY UNIVERSITY § § | |
| *Defendant*. § | |

**CERTIFICATE OF INTERESTED PERSON/DISCLOSURE STATEMENT**

Pursuant to Local Rule 3.1 of the Northern District of Texas, Defendant McMurry University provides the following information:

1. Plaintiff, Kylee Hopper.

2. Defendant McMurry University.

Respectfully submitted,

COZEN O'CONNOR

_____
Gregory S. Hudson
State Bar No. 00790929
LyondellBasell Tower
1221 McKinney St., Suite 2900
Houston, Texas 77010
Tel. No. 832.214.3900
Fax. No. 832.214.3905
ghudson@cozen.com
**ATTORNEYS FOR DEFENDANT, McMURRY UNIVERSITY**

75536460\1