UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

| | |
|---|---|
| KYLEE HOPPER, individually and on behalf of all others similarly situated, § § § | |
| *Plaintiff*, § § § | Case No. _____ |
| v. § § | |
| McMURRY UNIVERSITY § § | |
| *Defendant*. § | |

## **NOTICE OF RELATED CASE**

Pursuant to Local Rule 3.3 of the Northern District of Texas, Defendant McMurry University identifies the following related case pending in the Northern District of Texas before the Honorable James Wesley Hendrix:

> *In re McMurry University Data Incident Litigation*, Civil Action No. 1:25-cv-00002-H (the "*Consolidated Action*").

The *Consolidated Action* and this case arise from a common nucleus of operative fact and questions of law. Specifically, the cases arise out of a claim for alleged data breach of highly sensitive personal identifiable information ("PII") of current and former students.

Respectfully submitted,

COZEN O'CONNOR

_____
Gregory S. Hudson
State Bar No. 00790929
LyondellBasell Tower
1221 McKinney St., Suite 2900
Houston, Texas 77010
Tel. No. 832.214.3900
Fax. No. 832.214.3905
ghudson@cozen.com
**ATTORNEYS FOR DEFENDANT,
McMURRY UNIVERSITY**