UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

KYLEE HOPPER,

    Plaintiff,

v.                                                      No. 1:25-CV-031-H

MCMURRY UNIVERSITY,

    Defendant.

## ORDER

The Court, having reviewed the docket in this case, notes that McMurry University is not in compliance with the local-counsel requirement set out by this Court's Local Civil Rules. Local Civil Rule 83.10 requires parties in civil cases to obtain local counsel where an attorney appearing in the case does not reside or maintain a principal office in the district. Loc. Civ. R. 83.10(a). Local counsel is defined as "a member of the bar of this court who resides or maintains the attorney's principal office in this district and whose residence or principal office is located within 50 miles of the courthouse in the division in which the case is pending." *Id.* Attorneys who seek to proceed without local counsel must first obtain leave from the presiding judge. *Id.*

McMurry University is therefore ordered to obtain local counsel or file a motion to proceed without local counsel detailing current counsel's availability for hearings and ability to comply with the local rules of this Court by March 20, 2025.

So ordered on March 7, 2025.

                                                            _____
                                                            JAMES WESLEY HENDRIX
                                                            UNITED STATES DISTRICT JUDGE